People v Barrie (2026 NY Slip Op 50060(U))

[*1]

People v Barrie (Mohamed)

2026 NY Slip Op 50060(U)

Decided on January 27, 2026

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on January 27, 2026
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: James, P.J., Tisch, Perez, JJ.

570376/18

The People of the State of New York, Respondent,
againstMohamed Barrie, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Julio Rodriguez, III, J.), rendered February 13, 2018, convicting him, upon his plea of guilty, of attempted grand larceny in the fourth degree, and imposing sentence.

Per Curiam.
Judgment of conviction (Julio Rodriguez, III, J.), rendered February 13, 2018, affirmed.
Defendant's claim that counsel provided ineffective assistance regarding the immigration consequences of the plea (see Padilla v Kentucky, 559 US 356 [2010]) is unreviewable on direct appeal because it involves matters not reflected in the record regarding the full extent of counsel's exact immigration advice. Accordingly, since defendant has not made a CPL 440.10 motion, the merits of this claim may not be addressed on appeal (see People v Pastor, 28 NY3d 1089, 1091 [2016]; People v Mann, 175 AD3d 1204 [2019], lv denied 34 NY3d 1017 [2019]). 
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the CourtDecision Date: January 27, 2026